THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HENRY A. BROWN, Defendant-Appellant.

(No. 55032; ▮▮▮▮▮▮▮▮▮

First District—December 7, 1971.

Opinion by Mr. JUSTICE STAMOS.

Gerald W. Getty, Public Defender, of Chicago, (Herbert Becker, Ronald P. Katz and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Richard Pezzopane, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM CONWAY, Defendant-Appellant.

(No. 55173; ▮▮▮▮▮▮▮▮▮

First District—December 7, 1971.